## G. H. MOORE v. STATE.

No. A-673. Opinion Filed September 5, 1911.

Appeal from Oklahoma County Court; Sam Hooker, Judge.

PER CURIAM. Appellant was convicted for a violation of the prohibitory liquor law. The record in this case is in the same condition as that of **Bob Watson v. State,** decided at this term. We find no error in the record. The judgment of the lower court is therefore affirmed.

---

## JOHN SIMMONS v. STATE.

No. A-696. Opinion Filed September 5, 1911.

Appeal from Okfuskee County Court; T. T. Doyle, Judge.

PER CURIAM. What purports to be the case-made in this case was never filed in the county court of Okfuskee county as the statute directs, and the certificate of the judge to the case-made is not attested by the clerk of said court. The appeal must therefore be dismissed.

---

## J. R. HARRIS v. STATE.

No. A-700. Opinion Filed September 5, 1911.

Appeal from District Court, Murray County; Robinson McMillan, Judge.

PER CURIAM. On the 17th day of September, 1910, judgment was rendered against appellant in the district court of Murray county and he was sentenced to imprisonment in the penitentiary at McAlester for the period of two and one-half years for the offense of knowingly having received stolen property. Under the law in force at the time of this conviction, the appellant was given six months within which to perfect his appeal. See Snyder's Comp. Laws Okla. 1909, sec. 6948. The appellant did not, however, perfect his appeal until the 6th day of April, 1910. As the time for perfecting the appeal in this case had expired, this court has never acquired jurisdiction of this case and the appeal is therefore dismissed.